IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00036-BNB

WILLIAM G. CLOWDIS, JR.,

    Plaintiff,

v.

COLORADO HI-TEC MOVING & STORAGE,
KEVIN DICKENS,
KAREN A. DICKENS, and
WHEATON VAN LINES, INC.,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 18, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00036-BNB

William G. Clowdis, Jr.
3804 Tanacross Drive
Fort Worth, TX 76137

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 18, 2011.

                          GREGORY C. LANGHAM, CLERK

                          By: _____
                                Deputy Clerk