IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-00036-CMA-KMT

WILLIAM G. CLOWDIS, JR.,

      Plaintiff,

v.

COLORADO HI-TEC MOVING & STORAGE,
KEVIN DICKENS,
KAREN A. DICKENS, and
WHEATON VAN LINES, INC.,

      Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 31 2011

GREGORY C. LANGHAM
                 CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

      DATED: March __30__, 2011

                                              BY THE COURT:

                                              *Christine M Arguello*
                                              ―――――――――――――――
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00036-CMA-KMT

William G. Clowdis, Jr.
3804 Tanacross Dr.
Ft. Worth, TX 76137

US Marshal Service
Service Clerk
Service forms for: Colorado Hi-Tec Moving & Storage, Kevin Dickens, Karen A. Dickens, and Wheaton Van Lines, Inc.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Colorado Hi-Tec Moving & Storage, Kevin Dickens, Karen A. Dickens, and Wheaton Van Lines, Inc: AMENDED COMPLAINT FILED 02/10/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on March 31, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk