**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00036-CMA-KMT

WILLIAM G. CLOWDIS, JR.,

    Plaintiff,

v.

COLORADO HI-TEC MOVING & STORAGE, INC.,
KEVIN DICKENS,
KAREN A. DICKENS, and
WHEATON VAN LINES, INC.,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 3, 2011
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to United States Magistrate Judge Kathleen M. Tafoya pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. (Doc. # 9.) On November 3, 2011, the Magistrate Judge issued a Recommendation (Doc. # 68) concerning the Motion to Compel Arbitration and Stay Proceedings or, in the Alternative, Motion for Extension of Time to File a Response to Plaintiff's Amended Complaint (Doc. # 36), filed by Defendants Colorado Hi-Tec Moving & Storage, Inc., Kevin Dickens, and Karen A. Dickens.[1] The Magistrate Judge recommended that the Motion be granted and that the case be stayed pending completion of arbitration. (Doc. # 68 at 21.) Plaintiff timely filed

---

1 Defendant Wheaton Van Lines, Inc. joined in the other Defendants' motion. (Doc. # 37.)

Objections to the Recommendation (Doc. # 70), and Defendants subsequently responded (Doc. # 74).

When a magistrate judge issues a recommendation on a dispositive matter,[2] Fed. R. Civ. P. 72(b)(3) requires that the district judge "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." In conducting its review, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id.* Accordingly, the Court has conducted a *de novo* review of this matter, including carefully reviewing all relevant pleadings, the Recommendation, and Plaintiff's Objections thereto.

Based on this *de novo* review, the Court concludes that the Magistrate Judge's Recommendation is correct and finds that it is not called into question by Plaintiff's Objections.

Accordingly, it is ORDERED that:

1. The Recommendation of the United States Magistrate Judge (Doc. # 68), filed November 3, 2011, is AFFIRMED and ADOPTED as an Order of this Court.

---

[2] Courts are divided on whether motions to compel arbitration are dispositive for purposes of 28 U.S.C. § 636(b)(1), and the Court is unaware of a Tenth Circuit opinion deciding this issue. *See Vernon v. Qwest Commc'ns Int'l, Inc.*, No. 09-cv-01840, 2012 WL 768125, at *2-3 (D. Colo. Mar. 8, 2012). However, the Court need not address this issue because, having treated Defendants' underlying motion as if it were dispositive – and thereby having conducted a full *de novo* review – the Court has concluded that the Magistrate Judge's Recommendation is correct, as discussed, *infra*.

2. Plaintiff's Objections (Doc. # 70), filed November 16, 2011, are OVERRULED.

3. Pursuant to the Recommendation, the Motion to Compel Arbitration and Stay Proceedings or, in the Alternative, Motion for Extension of Time to File a Response to Plaintiff's Amended Complaint (Doc. # 36), filed by Defendants Colorado Hi-Tec Moving & Storage, Inc., Kevin Dickens, and Karen A. Dickens is GRANTED, and this case is STAYED pending completion of arbitration of Plaintiff's claims against Defendants.

DATED: March  15 , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge