IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00036-CMA-KMT

WILLIAM G. CLOWDIS, JR.,

    Plaintiff,

v.

COLORADO HI-TEC MOVING & STORAGE,
KEVIN DICKENT,
KAREN A. DICKENS, and
WHEATON VAN LINES, INC.,

    Defendants.

## ORDER TO ADMINISTRATIVELY CLOSE CASE

This matter is before the Court *sua sponte.* On March 15, 2012, the Court issued its Order Adopting and Affirming November 3, 2011 of United States Magistrate Judge (Doc. # 75). The Court, having reviewed the file, finds that rather than leaving this case open for an indefinite period pending arbitration, this case should be admin-istratively closed pursuant to D.C.COLO.LCivR 41.2, with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2.

IT IS FURTHER ORDERED that the parties shall have leave to file a request to reopen within 14 days of the entry of the arbitrator's order in the arbitration.

IT IS FURTHER ORDERED that the parties shall file a joint status report every 90 days, beginning **June 25, 2012**.

DATED:  March   26  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge